JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
PHILIP S. GERSON, ESQ.
Nevada Bar No. 5964
**THE WRIGHT LAW GROUP, P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Telephone: (702) 405-0001
Email: john@wrightlawgroupnv.com
     phil@wrightlawgroupnv.com

*Attorneys for Defendant*
*MULTI-CORP RESOURCES, INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF COMPLETE DEMO SERVICES, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MULTI-CORP RESOURCES, INC., a California corporation; and ARGONAUT INSURANCE COMPANY, an Illinois corporation,<br><br>Defendants. | CASE NO. 2:21-cv-01681-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT MULTI-CORP RESOURCES, INC's TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

COMES NOW, Defendant MULTI-CORP RESOURCES, INC. ("MULTI-CORP"") by and through its counsel of record, John Henry Wright, Esq., of The Wright Law Group, P.C., and Plaintiff UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF COMPLETE DEMO SERVICES ("CDS") by and through its attorney, David R. Johnson, Esq., of Law Offices of David R. Johnson, PLLC, and hereby stipulate and agree as follows:

CDS filed its Complaint for Damages (ECF # 1) on September 13, 2021. On October 27, 2021 MULTI-CORP was served with the Summons and Complaint (ECF # 8). MULTI-CORP's response to Plaintiff's Complaint is currently due on November 17, 2021.

In order to accommodate the schedules of the parties and counsel during the current holiday season, the parties have agreed to extend the current deadline by two weeks.

**IT IS HEREBY AGREED AND STIPULATED**, that the deadline for Defendant to file a response to Plaintiff's Complaint shall be extended until December 1, 2021.

The parties have entered into the agreement and good faith and not for any improper purpose or delay. This is the parties' first request for an extension.

Dated this 17th day of November, 2021.

**LAW OFFICES OF DAVID R. JOHNSON, PLLC**

/s/ David R. Johnson, Esq.
DAVID R. JOHNSON, ESQ.
Nevada Bar No. 006696
8712 Spanish Ridge Ave.
Las Vegas, NV 89148

*Attorneys for Plaintiff United States of America For The Use And Benefit of Completed Demo Services*

Dated this 17th day of November, 2021.

**THE WRIGHT LAW GROUP, P.C.**

/s/ John Henry Wright, Esq.
JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
PHILIP S. GERSON, ESQ.
Nevada Bar No. 5964
2340 Paseo Del Prado, Ste. D-305
Las Vegas, Nevada 89102

*Attorneys for Defendant MULTI-CORP RESOURCES, INC.*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Dated: November 18, 2021

2