1  JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
2  PHILIP S. GERSON, ESQ.
Nevada Bar No. 5964
3  **THE WRIGHT LAW GROUP, P.C.**
2340 Paseo Del Prado, Suite D-305
4  Las Vegas, Nevada  89102
Telephone:  (702) 405-0001
5  Email: john@wrightlawgroupnv.com
       phil@wrightlawgroupnv.com
6
*Attorneys for Defendant*
7  *MULTI-CORP RESOURCES, INC.*



**THE WRIGHT LAW GROUP P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF COMPLETE DEMO SERVICES, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MULTI-CORP RESOURCES, INC., a California corporation; and ARGONAUT INSURANCE COMPANY, an Illinois corporation,<br><br>Defendants.<br><br>AND ALL RELATED MATTERS. | CASE NO. 2:21-cv-01681-JCM-BNW<br><br>**STIPULATION AND ORDER TO ALLOW DEFENDANT MULTI-CORP RESOURCES, INC. TO FILE AMENDED ANSWER, COUNTERCLAIM AND CROSSCLAIM TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

   COMES NOW, Defendant/Counterclaimant/Crossclaimant MULTI-CORP RESOURCES, INC. by and through its counsel of record, John Henry Wright, Esq., of The Wright Law Group, P.C., and Plaintiff/Counterdefendant UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF COMPLETE DEMO SERVICES  by and through its attorney, David R. Johnson, Esq., of Law Offices of David R. Johnson, PLLC, Defendant ARGONAUT INSURANCE COMPANY by and through its attorney, Steven K. Cannon, Esq. of Krebs Farley & Dry, PLLC, and Crossdefendant MARKEL INSURANCE COMPANY by and through its attorney, Connor L. Cantrell, Esq., of the Hustead Law Firm and hereby stipulate and agree as follows:

   **I T   I S   H E R E B Y   A G R E E D   A N D   S T I P U L A T E D**, that Defendant/Counterclaimant/Crossclaimant MULTI-CORP RESOURCES, INC., shall be allowed to file an Answer, Counterclaim and Amended Crossclaim to the Plaintiff's Complaint to add as

1  a party, HUDSON INSURANCE COMPANY, as a Crossdefendant and amend the caption as
2  outlined in the proposed Amended Answer attached hereto as **Exhibit A**.
3       The parties have entered into the agreement and good faith and not for any improper
4  purpose or delay.

| Dated this 3rd day of February, 2022. | Dated this 3rd day of February, 2022. |
|---|---|
| **LAW OFFICES OF DAVID R. JOHNSON, PLLC** | **THE WRIGHT LAW GROUP, P.C.** |
| /s/ *David R. Johnson, Esq.* <br> DAVID R. JOHNSON, ESQ. <br> Nevada Bar No. 006696 <br> 10781 West Twain Ave. <br> Las Vegas, NV 89135 | /s/ *John Henry Wright, Esq.* <br> JOHN HENRY WRIGHT, ESQ. <br> Nevada Bar No. 6182 <br> PHILIP S. GERSON, ESQ. <br> Nevada Bar No. 5964 <br> 2340 Paseo Del Prado, Ste. D-305 <br> Las Vegas, Nevada 89102 |
| *Attorneys for Plaintiff United States of America For The Use And Benefit of Completed Demo Services* | *Attorneys for Defendant MULTI-CORP RESOURCES, INC.* |
| Dated this 3rd day of February, 2022. | Dated this 3rd day of February, 2022. |
| **KREBS FARLEY & DRY, PLLC** | **THE HUSTEAD LAW FIRM** |
| /s/ *Steven K. Cannon, Esq.* <br> STEVEN K. CANNON, ESQ. <br> 909 18th Street <br> Plano, TX 75074 | /s/ *Connor L. Cantrell, Esq.* <br> CONNOR L. CANTRELL, ESQ. <br> 4643 South Ulster St., Suite 1250 <br> Denver, CO 80237 |
| *Attorneys for Defendant Argonaut Insurance Company* | *Attorneys for Markel Insurance Company* |



**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
**Dated** 2/7/2022