JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
PHILIP S. GERSON, ESQ.
Nevada Bar No. 5964
**THE WRIGHT LAW GROUP, P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada  89102
Telephone:  (702) 405-0001
Facsimile:  (702) 405-8454
Email: john@wrightlawgroupnv.com
          phil@wrightlawgroupnv.com

*Attorneys for Defendant/Counterclaimant/Crossclaimant*
*MULTI-CORP RESOURCES, INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF COMPLETE DEMO SERVICES, a Nevada corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MULTI-CORP RESOURCES, INC., a California corporation; and ARGONAUT INSURANCE COMPANY, an Illinois corporation, <br><br> Defendants. <br> AND ALL RELATED MATTERS. | CASE NO. 2:21-cv-01681-JCM-BNW |

### STIPULATION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE

COME NOW, Defendant/Counterclaimant/Crossclaimant MULTI-CORP RESOURCES, INC., and Plaintiff/Counterdefendant COMPLETE DEMO SERVICES, Defendant ARGONAUT INSURANCE COMPANY, and Crossdefendant MARKEL INSURANCE COMPANY by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, a full and final settlement of the above-entitled action has been entered into and agreed to by the remaining parties to this action.

Therefore, said parties, by and through  their respective counsel, hereby request and stipulate that all remaining claims against all remaining parties be dismissed with prejudice

**THE WRIGHT LAW GROUP P.C.**
2340 Paseo De  Prado, Suite D-305
Las Vegas, Nevada 89102
Tel : (702) 405-0001 Fax: (702) 405-8454

1   without an award of fees and costs to any party.

2        **IT IS SO STIPULATED.**

3   Dated this day 6th of October, 2022.          Dated this 6th day of October, 2022.

4   **LAW OFFICES OF DAVID R.**              **THE WRIGHT LAW GROUP, P.C.**
5   **JOHNSON, PLLC**

6    /s/ David R. Johnson, Esq.                   /s/ John Henry Wright, Esq.
    DAVID R. JOHNSON, ESQ.                    JOHN HENRY WRIGHT, ESQ.
7   Nevada Bar No. 006696                     Nevada Bar No. 6182
    10781 West Twain Ave.                     PHILIP S. GERSON, ESQ.
8   Las Vegas, NV 89135                       Nevada Bar No. 5964
                                              2340 Paseo Del Prado, Ste. D-305
9   *Attorneys for Plaintiff United States of*   Las Vegas, Nevada 89102
    *America For The Use And Benefit of*
10  *Completed Demo Services*                 *Attorneys for Defendant*
                                              *MULTI-CORP RESOURCES, INC.*

11  Dated this 6th day of October, 2022.      Dated this 6th day of October, 2022.

12  **KREBS FARLEY & DRY, PLLC**             **THE HUSTEAD LAW FIRM**

13   /s/ Steven K. Cannon, Esq.                /s/ Connor L. Cantrell, Esq.
    STEVEN K. CANNON, ESQ.                    CONNOR L. CANTRELL, ESQ.
14  909 18th Street                           Admitted *Pro Hac Vice*
    Plano, TX 75074                           4643 South Ulster St., Suite 1250
15                                            Denver, CO 80237

16  *Attorneys for Defendant Argonaut Insurance*
    *Company*                                 *Attorneys for Crossdefendant Markel*
17                                            *Insurance Company*

18                          **ORDER**

19      **IT IS SO ORDERED.**

20      Dated October 11, 2022.

21

22      UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28                          **CASE NO. 2:21-cv-01681-JCM-BNW**

**THE WRIGHT LAW GROUP P.C.**
2340 Paseo De Prado, Suite D-305
Las Vegas, Nevada 89102
Tel.: (702) 405-0001 Fax: (702) 405-8454

